Electronically Filed
Supreme Court
SCWC-23-0000601
13-FEB-2025
10:55 AM
Dkt. 7 ODAC

SCWC-23-0000601

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

KAMAUA VAN GIESON,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000601; CASE NO. 1CPC220001475)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, and Ginoza, JJ.,
and Circuit Judge Watanabe, in place of Devens, J., recused)

Petitioner/Defendant-Appellant Kamaua Van Gieson's

Application for Writ of Certiorari, filed on January 2, 2025, is

hereby rejected.

DATED: Honolulu, Hawai'i, February 13, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Kathleen N.A. Watanabe